**CHRISTOPHER J. CHRISTIE**
United States Attorney
**STUART A. MINKOWITZ**
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. 973-645-2925
Fax. 973-297-2010
email: stuart.minkowitz@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JAMES T. MONAHAN,<br><br>Plaintiff(s),<br><br>v.<br><br>ST. BARNABAS HEALTH CARE SYSTEM, INC., d/b/a NEWARK BETH ISRAEL MEDICAL CENTER; IRVINGTON GENERAL HOSPITAL; COMMUNITY MEDICAL CENTER, KIMBALL MEDICAL CENTER, UNION HOSPITAL and WAYNE GENERAL HOSPITAL; [UNDER SEAL],<br><br>Defendant(s). | Hon. Joseph A. Greenaway, Jr.<br><br>Civil Action No. 02-5702 (JAG)<br><br>**FILED IN CAMERA AND UNDER SEAL**<br><br><br>**PARTIAL UNSEALING ORDER** |

WHEREAS the United States of America ("United States")

through its counsel, Christopher J. Christie, United States Attorney,

District of New Jersey (Stuart A. Minkowitz, Assistant United States Attorney, appearing), has settled, in a separate and previously filed qui tam action, allegations similar to those asserted by relator Monahan against defendant St. Barnabas Health Care System, Inc., d/b/a Newark Beth Israel Medical Center, Irvington General Hospital, Community Medical Center, Kimball Medical Center, Union Hospital and Wayne General Hospital (collectively, "Saint Barnabas Entities"), and

WHEREAS the United States has requested that the court unseal the allegations related to those entities so as to enable relator Monahan's allegations against the Saint Barnabas Entities and the terms of the Settlement Agreement between the United States, the Saint Barnabas Entities and the relators in both qui tam cases, to be made public, the Court rules as follows:

IT IS on this 15th day of June, 2006;

**ORDERED** that only (a) the Settlement Agreement and redacted version of the Second Amended Complaint, both of which were annexed to the United States' Notice of Settlement and Motion to

Partially Lift Seal, and (b) this Order, be unsealed. All other contents of the Court's file in this matter (including, but not limited to the unredacted complaint, any motions filed by the United States for an extension of the sixty-day investigative period, any motions for partial lifting of the seal, or any orders previously entered in this matter), shall remain under seal and not be made public or served upon the Saint Barnabas Entities or any other defendant; and it is further

**ORDERED** The seal shall be lifted as to matters occurring in this action after the date of this Order if those matters pertain solely to the Saint Barnabas Entities, as opposed to other defendants.

_____
HON. JOSEPH A. GREENAWAY, JR.
United States District Judge