**PAUL FISHMAN**
United States Attorney
**ANTHONY LABRUNA**
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. 973-645-2926
Fax. 973-297-2010
email: anthony.labruna@usdoj.gov

**TONY WEST**
Assistant Attorney General
**JOYCE R. BRANDA**
**MICHAEL GRANSTON**
**DANIEL SPIRO**
**ALLISON CENDALI**
**JENNIFER CHORPENING**
U.S. Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Tel.: 202-616-3898
Fax.: 202-305-4117
E-mail: daniel.spiro@usdoj.gov

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JAMES MONAHAN,<br><br>*Plaintiff(s),*<br><br>v.<br><br>BESLER & COMPANY, *et al.*<br><br>*Defendants.* | Hon. Joseph A. Greenaway, Jr.<br><br>*Civil Action No.  02-5702 (JAG)* |
| UNITED STATES OF AMERICA, *ex rel.* PETER SALVATORI, *et al.*<br><br>*Plaintiff(s),*<br>v.<br><br>TENET HEALTHCARE CORP., *et al.*<br><br>*Defendants.* | *Civil Action No. 08-1265 (JAG)* |

**NOTICE OF SETTLEMENT OF CLAIMS AGAINST DEFENDANT ROBERT WOOD JOHNSON UNIVERSITY HOSPITAL-HAMILTON AND NOTICE TO COURT OF REMAINING PENDING CLAIMS**

Plaintiff United States of America (United States) advises the Court as follows:

1. On March 19, 2010, the United States, Relators Peter Salvatori and Sara Iveson (the Salvatori Relators), Relator James Monahan (Relator Monahan), and Defendant Robert Wood Johnson University Hospital Hamilton (RWJ), entered into a settlement agreement which resolves all claims asserted against RWJ in the above-captioned consolidated cases, *except* the claims by the Salvatori Relators and Relator Monahan (collectively, the Relators) against RWJ for payment of expenses, attorneys' fees, and costs pursuant to the False Claims Act, 31 U.S.C. § 3730(d)(1).

2. Pursuant to the settlement agreement, a Stipulation of Dismissal will be filed with this Court within thirty days of the effective date of the settlement agreement.

3. At the time of the filing of this Notice, the remaining claims pending in the above-captioned matters are:

    (a) the Relators' claims against RWJ for expenses, attorneys' fees, and costs pursuant to 31 U.S.C. § 3730(d)(1); and

    (b) the United States' claims against Defendant Barnert Hospital (Barnert), which have been stayed. The United States hopes to resolve its claims

against Barnert as soon as the assets available to Barnert's creditors become clarified in its bankruptcy proceeding.

      Respectfully submitted,

      TONY WEST
      Assistant Attorney General

      PAUL FISHMAN
      United States Attorney
      District of New Jersey


      _____/s/ Allison Cendali_____
      Anthony Labruna
      Assistant United States Attorney

      Joyce R. Branda
      Michael Granston
      Daniel Spiro
      Allison Cendali
      Jennifer Chorpening
      U.S. Department of Justice
      Civil Division

      Attorneys for the United States


DATED: March 19, 2010