RECEIVED

OCT 19 2010

AT 8:30_____M

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JAMES MONAHAN,<br>　　　　　　Plaintiff(s),<br>v.<br>ROBERT WOOD JOHNSON UNIVERSITY HOSPITAL AT HAMILTON,<br>　　　　　　Defendant. | *Civil Action No. 02-5702 (GEB)* |
| UNITED STATES OF AMERICA, *ex rel.* PETER SALVATORI, et al.<br>　　　　　　Plaintiff(s),<br>v.<br>ROBERT WOOD JOHNSON UNIVERSITY HOSPITAL AT HAMILTON,<br>　　　　　　Defendant. | *Civil Action No. 08-1265 (GEB)*<br><br>**CONSENT ORDER OF DISMISSAL** |

AND NOW this 19TH day of October, 2010, the Parties having amicably resolved the dispute in connection with Plaintiffs/Relators' Motion for Attorneys' Fees and Memorandum of Law In Support (Dkt. Nos. 100 and 103), Plaintiffs/Relators hereby withdraw with prejudice their Motion for Attorneys Fees, subject to the terms of the Parties' Settlement Agreement. The Parties having consented to the form of this Order, and for good cause shown, it is hereby ORDERED that the present actions are dismissed with prejudice as to Defendant Robert Wood Johnson University Hospital Hamilton; it is further ORDERED that the Court shall retain jurisdiction as necessary to enforce the terms of the Parties' Settlement Agreement.

SO ORDERED:

_____
GARRETT E. BROWN JR
HONORABLE ~~MADELINE COX ARLEO~~
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT

117394.00601/30352129v.1

Consented to as to
form and entry:


/s/ Nicholas C. Harbist
Nicholas C. Harbist
BLANK ROME, LLP
301 Carnegie Center
Princeton, NJ 08540
(609) 750-2991

Marc S. Raspanti
Michael A. Morse
PIETRAGALLO, GORDON, ALFANO,
BOSICK & RASPANTI LLP
1818 Market Street, Suite 3402
Philadelphia, PA 19103
(215) 320-6200
*Attorneys for Relator James T. Monahan*


/s/ John E. Riley
John E. Riley
Jack L. Gruenstein
William J. Murray, Jr.
VAIRA & RILEY, P.C.
1600 Market Street, Suite 2650
Philadelphia, PA 19103
(215) 751-2700
*Attorneys for Relators Peter Salvatori
and Sara Iveson*


/s/ Andrew Muscato
Andrew Muscato
Gregory M. Luce
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
(212) 735-2000
*Attorneys for Defendant, Robert Wood
Johnson University Hospital Hamilton*


Dated: October 8, 2010

2